IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANA A. CONRAD, )<br>)<br>Defendant. )<br>) | 4:11CR3021<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The government's objection, (filing no. 35), is granted, and the defendant's motion to modify, (filing no. 33), is denied.

2) The defendant shall continue to follow the terms of her pretrial release with the following additional conditions and modifications:

   a. The defendant shall have no contact with her daughter, April Conrad, until April Conrad provides documentation to Pretrial Services indicating she is re-enrolled in aftercare.

   b. Provided April Conrad has provided documented proof of re-enrollment in aftercare, the defendant may have contact with April Conrad. However, under no circumstances is April Conrad to live with the defendant or stay overnight at the defendant's home.

DATED this 13th day of September, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge